**Opinion issued September 17, 2019**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-19-00639-CV

————————————

## IN RE PHYLLIS J. MORGAN, Relator

---

**Original Proceeding on Petition for Writ of Mandamus**

---

## MEMORANDUM OPINION

Relator, Phyllis J. Morgan, has filed a petition for writ of mandamus, seeking an order directing the respondent[1] to vacate her August 20, 2018 order denying relator's motion to transfer venue.

---

[1]     Respondent is the Honorable Sharolyn Wood, visiting judge, County Court at Law No. 4 of Harris County, Texas. *See In re Schmitz*, 285 S.W.3d 451, 453 (Tex. 2009) (orig. proceeding); *Remington Arms Co. v. Caldwell*, 850 S.W.2d 167, 168 n.1 (Tex. 1993) (holding assigned judge, and not presiding judge, was proper respondent); *In re Alsenz*, 152 S.W.3d 617, 622–23 (Tex. App.—Houston [1st Dist.] 2004, orig. proceeding) (holding visiting judge was proper respondent).

We deny the petition for writ of mandamus.  We dismiss relator's "Motion for Emergency Stay" as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Keyes and Higley.